IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY ELMORE**  **PLAINTIFF**
**ADC #091418**

v.   Case No. 4:24-cv-00146-KGB

**JAMES SHIPMAN, Warden,**
**Maximum Security Unit,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation ("Partial Recommendation") and the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. Nos. 44; 49). Plaintiff Jeffrey Elmore has not filed objections to either the Partial Recommendation or the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Partial Recommendation and the Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 44; 49).

It is therefore ordered that:

1. The Court denies Mr. Elmore's motions for summary judgment (Dkt. Nos. 29; 33).

2. The Court dismisses without prejudice Mr. Elmore's second amended complaint (Dkt. No. 47).

3. The Court recommends that, in the future, the dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this the 24th day of February, 2025.

                                                  Kristine G. Baker
                                                  Chief United States District Judge